Commonwealth of PENNSYLVANIA
Department of Public Welfare,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5086.

United States Court of Appeals,
Federal Circuit.

May 10, 2002.

ORDER

The parties having so agreed, it is

578

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).